# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINO MACK,<br>  aka "Domiano Mack,"<br>  aka "Raymond Paris McMahan,"<br>  aka "Blaze,"<br><br>    Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about April 22, 2022, in the Southern District of Ohio, the defendant, **DOMINO MACK aka "Domiano Mack" aka "Raymond Paris McMahan" aka "Blaze,"** knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Glock 19, 9mm semi-automatic pistol, serial # BRRB806, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE ALLEGATION

The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **DOMINO MACK aka "Domiano Mack" aka "Raymond Paris McMahan" aka "Blaze,"** shall forfeit to the United States all firearms and ammunition used and/or possessed in violation of such offense, including but not limited to: a Glock 19, 9mm semi-automatic pistol, serial # BRRB806, and ammunition, seized on April 22, 2022.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

_s/ Foreperson_
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

**NICOLE PAKIZ**
**Assistant United States Attorney**